#61079

FILED
2011 MAY 25 PM 1:08

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

UNCLAIMED FUNDS

MAY 24, 2011

05-67095  DWIGHT HALL
KELLY HALL
DEBTORS DID NOT CASH CHECK
CHECK #497198 FOR $3.21
DWIGHT HALL
KELLY HALL
546 CEDAR LANE NW
NEW PHILADELPHIA, OH  44663

(08-62174)  TARA ARMSTRONG
DEBTOR DID NOT CASH CHECK
CHECK #497199 FOR $5.92
TARA ARMSTRONG
11224 CENTER ST
SANDYVILLE, OH  44671

07-60022  PHILLIP TUCKER, JR
TRACIE TUCKER
CREDITOR DID NOT CASH CHECK
CHECK #497200 FOR $8.20
CLEAR CHECK
750 W HAMPDEN AVENUE
3RD FLOOR
ENGLEWOOD, CO  80110

```
. . . . . . . . . . . . . _P
. . . . . . . . . . . . . +P
                    0 . *

                    3 . 21 +
                    5 . 92 +
                    8 . 20 +
                   17 . 33 *
```